**UNDER SEAL**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:18-mj-196 |
| GEORGE AREF NADER | ) | |
| Defendant(s) | | |

**UNDER SEAL**

APR 19 2018

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 17, 2018__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sec. 2252(a)(1) and (b)(1) | Transportation of Visual Depiction of Minors |

This criminal complaint is based on these facts:

Please see attached.

☑ Continued on the attached sheet.

_Complainant's signature_

Reviewed by AUSA/SAUSA:
Jay V. Prabhu, Chief, Cybercrime Unit

Special Agent Ted P. Delacourt, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __04/19/2018__

/s/ JFA
John F. Anderson
United States Magistrate Judge
_Judge's signature_

City and state: __Alexandria, Virginia__

John F. Anderson, Magistrate Judge
_Printed name and title_