**UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER 1:18mj 196 |
| CRIMINAL COMPLAINT ) | |
| ) | **UNDER SEAL** |
| ) | |
| ) | |

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through its attorneys, Tracy Doherty-McCormick, Acting United States Attorney for the Eastern District of Virginia, and Jay V. Prabhu, Assistant United States Attorney, pursuant to Local Criminal Rule 49(B) moves to seal the criminal complaint, affidavit in support of the complaint, and arrest warrant in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrant which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers, or otherwise jeopardize the investigation. Another procedure will not adequately protect the needs of law enforcement at this time.

Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, In re Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the criminal complaint, affidavit in support of the complaint, and arrest warrant remain under seal until the arrest of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a matter of public record.

The United States further requests that: (1) a certified copy of the complaint be provided to those law enforcement officials involved in the prosecution of the case; and (2) a copy of the

sealed arrest warrant be made available to agents of the Federal Bureau of Investigation for execution.

        Tracy Doherty-McCormick
        Acting United States Attorney

        /s/
        _____
        Jay V. Prabhu
        Assistant United States Attorney
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia   22314
        Phone:   703.299.3700
        Fax:   703.299.3981
        Email Address: Jay.Prabhu@usdoj.gov