AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-mj-196 |
| George Aref Nader | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 06/04/2019

/s
*Attorney's signature*

Laura Fong
*Printed name and bar number*

U.S. Attorney's Office, 2100 Jamieson Ave.,
Alexandria, VA 22314

*Address*

laura.fong@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3981
*FAX number*