# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

|  |  |
|---|---|
| USA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-mj-00196-JFA |
| George Aref Nader | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant George Aref Nader .

Date: 06/06/2019

/s/ Jonathan C. Su
*Attorney's signature*

Jonathan C. Su (VA Bar 92804)
*Printed name and bar number*

555 Eleventh St. NW
Suite 1000
Washington, DC 20004
*Address*

jonathan.su@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, I electronically filed this Notice of Appearance with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

/s/ Jonathan C. Su
Jonathan C. Su (VA Bar 92804)