

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>GEORGE A. NADER,<br><br>          Defendant. | Case No. 1:18-MJ-00196-JFA |

### ORDER

Upon consideration of the defendant's motion for leave to file motion and five exhibits under seal (*see also In re Knight Pub. Co.*, 743 F.2d 231 (4th Cir. 1984)), it is hereby

ORDERED that the motion is **GRANTED**; and it is further

ORDERED that the Clerk shall file under seal the motion and accompanying exhibits.

7 Jun 19
Date

/s/
Ivan D. Davis
United States Magistrate Judge