|  |  |
|---|---|
|  | TYPE OF HEARING: Detention Hearing |
|  | CASE NUMBER: 1:18-mj-196 |
|  | MAGISTRATE JUDGE: Ivan D. Davis |
|  | DATE: 6/7/2019 |
|  | TIME: 2:00 p.m. |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |
|  | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

      VS.

# George Aref Nader

GOVT. ATTY: Jay Prabhu and Laura Fong

DEFT'S ATTY: Christopher Clark and Tim McCarten (Pro hac vice)

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (   )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS (  )
COURT TO APPOINT COUNSEL (    )   FPD (  ) CJA (  ) Conflict List (  )

Gov't seeks detention. Deft argues for release with conditions-DENIED.

 (x)  DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
(  ) RISK OF NON APPEARANCE (x) SAFETY OF THE COMMUNITY
(  ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

NEXT COURT APPEARANCE _____TIME _____