IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:18-mj-00196-TCB |
| GEORGE A. NADER, | |
| Defendant. | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR LEGAL DEFENSE TEAM TO HAVE ACCESS TO DEFENDANT**

Defendant George Aref Nader, by and through the undersigned, respectfully responds to the Court's request for supplemental information submitted to counsel by the Court via electronic mail on June 19, 2019.

This list represents the current individuals Mr. Nader would like access to:

Kathryn Ruemmler
Christopher Clark
Jonathan Su
Timothy McCarten
Jonathan Jeffress
William Zapf
Tom Feeney
Troy Toliver
Emily Voshell
Chantel Christian
Uchenna Anikwe
Clayton LaForge
Savannah Burgoyne
Zachary Williams
Arik Ben-Zvi

Several of the individuals on this list will only visit once or twice and always during visiting hours as instructed by the Alexandria Detention Center. Certain attorneys will visit more frequently throughout the duration of this case, during visiting hours, as instructed by the Alexandria Detention Center. Any experts or other individuals/consultants likely will only visit once or twice during approved visiting hours, but it may be more depending on the needs of the case, and always during approved visiting hours. In the ordinary course, we do not envision more than three visitors at a time, unless the needs of the case necessitate additional visitors and their presence complies with Detention Center rules.

Dated: June 19, 2019
Respectfully submitted,

LATHAM & WATKINS LLP

/s/ *Clayton D. LaForge*
Clayton D. LaForge, VA Bar No. 84075
Jonathan Su, VA Bar No. 92804
Timothy H. McCarten, VA Bar No. 77044
Latham & Watkins LLP
555 Eleventh Street N.W.
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
clayton.laforge@lw.com
jonathan.su@lw.com
timothy.mccarten@lw.com

Christopher J. Clark (*pro hac* pending)
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 906-2927
Fax: (212) 751-4864
chris.clark@lw.com

Emily Anne Voshell, VA Bar No. 92997
Jonathan Stuart Jeffress, VA Bar No. 42884
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
202-640-2850
evoshell@kaiserdillon.com
jjeffress@kaiserdillon.com

*Attorney for Defendant*
*George Aref Nader*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of June, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jay Prabhu
Laura Fong
Assistant United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314

                                               /s/ *Clayton D. LaForge*
                                               Clayton D. LaForge, VA. Bar No 84075