UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-mj-196 (TCB) |
| ) | |
| GEORGE A. NADER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Have Access to His Legal Defense Team (Dkt. 42). On June 19, 2019, the Court contacted counsel for both the Government and Defendant, requesting that the Defendant provide certain supplemental information. Namely, the Court requested (1) a list of all the individuals Defendant wishes to have access to, (2) how many times or how often those individuals will visit with Defendant, and (3) how many of those individuals will visit with Defendant at a time. Later that same day, Defendant complied with the Court's directive and filed a supplemental memorandum in support of his motion on the docket. However, upon review of the supplemental memorandum, the Court believes it may not have been as clear as it hoped in its prior correspondence. Therefore, it is hereby

ORDERED that Defendant expand upon the information provided in his supplemental memorandum. Specifically, the undersigned requests that the list of the individuals Defendant wishes to have access to include each individual's (1) profession, (2) reason for needing to meet with the Defendant, and (3) an estimate of how many times they intend to visit with the Defendant.

ENTERED this 20th day of June, 2019.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia