FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2019 JUN 21 A 9: 14

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

USA
*Plaintiff*
v.
George A. Nader
*Defendant*

Case No. 18-MJ-196

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George A. Nader.

Date: 6/21/2019

*Attorney's signature*

Savannah K. Burgoyne 90596
*Printed name and bar number*

555 11th St. NW Suite #1000
*Address*

savannah.burgoyne@lw.com
*E-mail address*

(202) 637-1069
*Telephone number*

———
*FAX number*